Exhibit 2

| US8677116B1 | H-E-B Grocery Company, LP's website "heb.com" ("The accused instrumentality") |
|---|---|
| 1. A method of using a computer system to authenticate a user seeking to conduct at least one interaction with a secured capability provided by a computer, the method comprising: | The accused instrumentality practices a method of using a computer system (e.g., authentication server of the accused instrumentality, etc.) to authenticate a user seeking to conduct at least one interaction (e.g., account login, food searches, etc.) with a secured capability provided by a computer (e.g., server of the accused instrumentality). <br><br> As shown, the website of the accused instrumentality practices providing secure connection with a user's device (electronic device of the user) through HTTPS connections. This is achieved by an authentication server (a computer system) authenticating users seeking to perform actions such as account login, food searches, etc., (interactions) ensuring that interactions with secured features are protected from unauthorized access. <br><br>  <br> https://www.heb.com/ |



https://www.heb.com/my-account/profile?showMobileView=Account%20Profile

https://www.heb.com/



Source: Fiddler capture of the accused instrumentality

| using the computer system to receive a first signal from the computer | The accused instrumentality practices using the computer system (e.g., authentication server of the accused instrumentality, etc.) to receive a first signal (e.g., a _session set response, etc.) from the computer (e.g., server of the accused |
|---|---|

| providing the secured capability, the first signal comprising a reusable identifier corresponding to the secured capability, the reusable identifier assigned for use by the secured capability for a finite period of time; | instrumentality) providing the secured capability (e.g., secure connection with the website, etc.), the first signal comprising a reusable identifier (e.g., _SESSION, etc.) corresponding to the secured capability (e.g., secure connection with the website, etc.), the reusable identifier assigned for use by the secured capability for a finite period of time (e.g., Expiry period). |
|---|---|

As shown, the website of the accused instrumentality practices providing secure connection with a user's device (electronic device of the user) through HTTPS connections. This is achieved by an authentication server (a computer system) authenticating users seeking to perform actions such as account login, food searches, etc., (interactions) ensuring that interactions with secured features are protected from unauthorized access. The server sends a response to set _SESSION value, which is set by the user device.

As shown, the _SESSION token set by the end device is reused in all further communications with the server. The _SESSION token also mentions an Expiry period for the token, indicating that it can be reused for a finite period.



https://www.heb.com/



https://www.heb.com/



**Security**
sec-ch-ua: "Google Chrome";v="131", "Chromium";v="131", "Not_A Brand";v="24"
sec-ch-ua-mobile: ?0
sec-ch-ua-platform: "Windows"
Sec-Fetch-Dest: document
Sec-Fetch-Mode: navigate
Sec-Fetch-Site: same-origin
Sec-Fetch-User: ?1
Upgrade-Insecure-Requests: 1
**Transport**
Connection: keep-alive
Host: accounts.heb.com

| Transformer | Headers | TextView | SyntaxView | ImageView | HexView | WebView | Auth | Caching | Cookies | Raw | JSON | XML |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Set-Cookie: _interaction_resume=9pVs4kNfnKJSwWBvIjWj2; path=/oidc/auth/9pVs4kNfnKJSwWBvIjWj2; expires=Thu, 21 Nov 2024 10:21:18 GMT; samesite=lax; secure; httponly

Response sent 161 bytes of Cookie data:
Set-Cookie: _interaction_resume.sig=0xpu0S8pdTe34_2YF5qxMzo8Zt4; path=/oidc/auth/9pVs4kNfnKJSwWBvIjWj2; expires=Thu, 21 Nov 2024 10:21:18 GMT; samesite=lax; secure; httponly

Response sent 110 bytes of Cookie data:
Set-Cookie: _session=8RAkBEHgdxm8VxaXWdtm_; path=/; samesite=none; secure; httponly; expires=Sat, 21 Dec 2024 09:21:18 GMT

*receive a first signal from a computer*

Response sent 120 bytes of Cookie data:
Set-Cookie: _session.sig=TPNbNBEK7w8GWFoKjm1JFL4EjVQ; path=/; samesite=none; secure; httponly; expires=Sat, 21 Dec 2024 09:21:18 GMT

*finite period of time*

Response sent 102 bytes of Cookie data:
Set-Cookie: _session.legacy=8RAkBEHgdxm8VxaXWdtm_; path=/; secure; httponly; expires=Sat, 21 Dec 2024 09:21:18 GMT

Source: Fiddler captures of the accused instrumentality



Source: Fiddler Capture of the accused instrumentality

Source: Fiddler Capture of the accused instrumentality

| using the computer system to receive a second signal from an electronic device being | The accused instrumentality practices using the computer system (e.g., authentication server of the accused instrumentality, etc.) to receive a second signal (e.g., a request signal from the user device) from an electronic device being used by the user, the second signal (e.g., request signal from the user device) comprising a |
|---|---|

| used by the user, the second signal comprising a copy of the reusable identifier and user verification information; | copy of the reusable identifier (e.g., _SESSION, etc.) and user verification information (e.g., DYN_USER_ID).<br><br>When the server sends a message containing an _SESSION to the user device, the client includes a copy of the _SESSION in all subsequent requests to the server, along with user verification information (e.g., DYN_USER_ID credentials). This allows the server to authenticate the client for the duration of the session and ensure secure communication between the client and server.<br><br><br><br>Source: Fiddler Capture of the accused instrumentality |



Headers | TextView | SyntaxView | WebForms | HexView | Auth | Cookies | Raw | JSON | XML

Request sent 2581 bytes of Cookie data:

_interaction_resume=9pVs4kNfnKJSwWBvIjWj2
_interaction_resume.sig=0xpu0S8pdTe34_2YF5qxMzo8Zt4
visid_incap_2302070=XA8WZo6vRWCLHWvz1ZY6Fyj5PmcAAAAAQUIPAAAAAD1WM6b0WlDIPyggZK15Syb
incap_ses_704_2302070=
            fbIkAh8OYhZrj+7EZRzFCSn5PmcAAAAAo/7RwMDCFBRFCV3xHxlMWQ==

AMP_MKTG_760524e2ba=JTdCJTdE
_ga=GA1.1.668622678.1732180267
_gcl_au=1.1.79474892.1732180268
OptanonConsent=
            isGpcEnabled=0
            datestamp=Thu+Nov+21+2024+14%3A41%3A24+GMT%2B0530+(India+Standard+Time)
            version=202405.2.0
            browserGpcFlag=0
            isIABGlobal=false
            hosts=
            consentId=444f7245-ed51-43c0-bf88-131bfe46ca3e
            interactionCount=1
            isAnonUser=1
            landingPath=https%3A%2F%2Fwww.heb.com%2F
            groups=C0004%3A1

AMP_
760524e2ba=JTdCJTIyZGV2aWNlSWQlMjIlM0ElMjJoLTU3YzU5MjZmLTY2NGYtNDc2Yy05ZjY5LWY4YzgyZmJhNjk0NCUyMiUyQyUyMnNlc3Npb25JZCUyMiUzQTE3MzIxODAyNjY4MzI1MzIwQTE3MzIxODAyNjY4MzI1MzIwQTE3MzIxODAyNjY4MzI1MzIwQTE3
QlMjIlM0FmYWxzZSUyQyUyMmxhc3RFdmVudFRpbWVzdGFtcCUyMl0ExNzMyMYMTgwMDgwMDgwJTJDJTIybGFzdEV2ZW50SWQlMjIlM0E5JTJDJTIycGFnZUNvdW50ZW5UcycyW50SWQlMjIlM0E5JTJDJTIzVycyW50SWQlMjIlM0E0EwJTdE
visid_incap_2576970=te0VLCy/SoK3BtA7WghsNj3SPmcAAAAAQUIPAAAAAAy4pR+2mtUQbfyKHJuDL7H
incap_ses_32_2576970=
            IpMiNKlpChnbAtFECr8xAD35PmcAAAAAz2nFJAwUw4UuZFZB2g5VbA==

_ga_WKSH6HYPT4=GS1.1.1732180267.1.0.1732180287.0.0.0

Source: Fiddler capture of the accused instrumentality



Source: Fiddler capture of the accused instrumentality

|  | Source: Fiddler capture of the accused instrumentality |
|---|---|
| using a processor of the computer system to evaluate, based at least on the first signal and the second signal, whether the user is authorized to conduct the at least one interaction with the secured capability; and | The accused instrumentality practices using a processor of the computer system (e.g., processor of the authentication server of the accused instrumentality, etc.) to evaluate, based at least on the first signal (e.g., a _SESSION set response, etc.) and the second signal (e.g., a request signal from the user device), whether the user is authorized to conduct the at least one interaction (e.g., account login, food searches, etc.) with the secured capability (e.g., secure connection with the website, etc.).<br><br>The server compares the reusable identifier, such as the token (e.g., _SESSION), in the first response received from the server with the token included in the client's subsequent request. If a match is found, the server authenticates the user and processes the request securely. |



Source: Fiddler captures of the accused instrumentality



Source: Fiddler capture of the accused instrumentality



https://www.heb.com/



https://www.heb.com/

https://www.heb.com/

| | |
|---|---|
| in response to an indication from the processor that the user is authorized to conduct the at least one interaction with the secured capability, using the computer system to transmit a third signal comprising authorization information to at least one of the electronic device and the computer. | The accused instrumentality practices in response to an indication from the processor (e.g., processor of the authentication server of the accused instrumentality, etc.) that the user is authorized to conduct the at least one interaction with the secured capability (e.g., secure connection with the website, etc.), using the computer system processor (e.g., authentication server of the accused instrumentality, etc.) to transmit a third signal comprising authorization information (e.g., a response signal from the server to the user device, etc.) to at least one of the electronic device (e.g., user device, etc.) and the computer.<br><br>As shown, upon authenticating the _SESSION, the user device receives an authentication confirmation message (a third signal), from the server to the user device.<br><br><br><br>Source: Fiddler capture of the accused instrumentality |



https://www.heb.com/